47,643-08

Rocky Allen Wilson          In The 199th Judicial
TDCJ # 816373              District Court of
                          Collin County, Texas
v.
                          RECEIVED
                          COURT OF CRIMINAL APPEALS

                          DEC 30 2015
Collin County District Clerk

_____ Costa, Clerk

## Plaintiffs Original Application
## For Writ of Mandamus

To The Honorable Judge of Said Court:

Comes Now Rocky Allen Wilson, Relator, pro-se in the above styled and numbered cause of action and files this Original Application for Writ of Mandamus, pursuant to Article 11.07 section 3(c) of the Texas Code of Criminal Procedure, and would show this Court the following:

I, Rocky Allen Wilson, TDCJ # 816373, an offender incarcerated in the Texas Department of Criminal Justice, and appearing pro-se, who can be located at the Boyd Unit, 200 Spur 113 Teague, Texas 75860

page one of six

I have exhausted my remedies and have no other adiquate remedie at law. The act sought to be compelled is ministrial, not discretionary in nature. TCCP, article 11.07 section 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals, a copy of the application for writ of habeas corpus, and any answer filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application for writ of habeas corpus, any answer filed, and a certificate reciting the date upon which that finding was made have been transmitted to the Court of Criminal Appeals. Had such document been transmitted by Respondent as required by statue, Relator would have recieved notice for the Court of Criminal Appeals.

<u>Violation of Article 11.07, TCCP</u>

The Respondent violated Article 11.07 section 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the application for writ of habeas corpus, any anserw filed, and a certificate reciting the date upon which that finding was

made to the Court of Criminal Appeals, within the time prescribed by law and within a reasonable time from the date on which the document were requested to be transmitted.

Request for the transmittal of the application for writ of habeas corpus, any answered filed, and certificate reciting the date upon which that finding was made, were made by Relator to the Collin County District Clerk, Collin County, Texas by U.S. Mail (Certified) letter dated Nov. 27, 2015 , exhibit 1, , pursuant to Article 11.07 § 3(c) of the Texas Code of Criminal Procedure.

To date, Relator has recieved no response from Respondent, regarding transmittal of the application of writ of Habeas Courpus, to the Court of Criminal Appeals.

As is clear from Relators letter, exhibit ___, Realator has put Respondent on notice that Realator seeks the transmittal of copy of application for writ of habeas corpus, any answer filed, and certificate reciting the date upon which that finding was made to the Court of Criminal Appeals, and that such records are required by the Court of Criminal Appeals to act on Relators writ of habeas corpus.

Relator has gone well beyond any requirement a obligation imposed upon him by Texas Code of Criminal Procedure. In Contrast to Relators efforts, Respondent has wholly failed to comply with the TCCP article 11.07 section 3(c), is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written responses to his request.

Article 11.07 Section 3(c) clearly states that if the convicting court decides that there are no such issues, the Clerk shall immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answered filed, and a certificate reciting the date upon which that finding was made. Failure of the clerk to act within the allowed 20 days shall constitute such a finding. Respondent is in violation of this procedure, ministrial duties, and the laws of this State.

## Prayer for Relief

Wherefore, Premises Considered, Relator, Rocky Allen Wilson, pro-se respectfully request a finding that Respondent did not transmit documents to the Court of Criminal Appeal,

within a reasonable time after the date they were requested and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an Order directing Respondent to transmit copy of writ of habeas corpus, any answered filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals, as directed in Article 11.07 section 3 (c) of the Texas Code of Criminal Procedure, and as requested in Relators letter.

Respectfully submitted,

Rocky Allen Wilson, Relator

Affidavit

I, Rocky Allen Wilson, swear under oath that the facts and allegations in the above Application for Writ of Mandamus, are true and correct.

Rocky Allen Wilson

Signed this 29 day of Dec. 2015

## Certificate of Service

I, Rocky Allen Wilson, hereby certify that a true copy of this Application for Writ of Mandamus was served on Collin County District Clerk, by placing a copy in the U.S. Mail, addressed to:

Collin County District Clerk,
Andrea Stroh Thompson
P.O. Box 578
McKinney, Texas 75070

on this 29 day of Dec. 2015

Rocky Allen Wilson

Rocky Allen Wilson
  TDCJ # 816373

        v

Collin County District Clerk

In the 199th Judicial
District Court of
Collin County, Texas

<u>Order</u>

On this day, came on to be heard the foregoing Application for Writ of Mandamus, and it appears to the Court that same should be:

_____ Granted

It is therefore Ordered that the District Clerk of Collin County, Texas shall immediately transmit to the Court of Criminal Appeals, a copy of the Application for Writ of Habeas Corpus, any answer filed, and a certificate reciting the date upon which that transmittal was made.

Signed on this ____ day of _____ 20 _

_____
Presiding Judge

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™

**OFFICIAL USE**

MCKINNEY TX 75070

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)    $ __$0.00__
☐ Return Receipt (electronic)    $ __$0.00__
☐ Certified Mail Restricted Delivery    $ __$0.00__
☐ Adult Signature Required    $ __$0.00__
☐ Adult Signature Restricted Delivery $

$2.80

Postmark
Here

0118
21

Postage
$    $0.49

Total Postage and Fees
$    $6.74

11/27/2015
Strick
Andrea Thompson

Sent To
Collin County District Clerk
Street and Apt. No., or PO Box No.
P.O. Box 578
City, State, ZIP+4®
McKinney Tex 75070

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0002 5503 4723

```
=======================================
     NORTH RICHLAND HILLS STA
        6051 DAVIS BLVD
       NORTH RICHLAND HILLS
              TX
           761806385
           4832370118
11/27/2015   (800)275-8777   11:33 AM
=======================================
=======================================
Product              Sale      Final
Description          Qty       Price
---------------------------------------
First-Class           1        $0.49
Mail
Letter
    (Domestic)
    (MCKINNEY, TX  75070)
    (Weight:0 Lb 0.60 Oz)
    (Expected Delivery Day)
    (Monday 11/30/2015)
Certified             1        $3.45
    (USPS Certified Mail #)
    (70150640000255034723)
Return                1        $2.80
Receipt
    (USPS Return Receipt #)
    (95909403042951634443761)

---------------------------------------
Total                          $6.74
---------------------------------------
Cash                          $20.00
Change                       ($13.26)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.
```



United States Postal Service

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Gale Cooper
7120 Smithfield Rd
N. Richland Hills, Tx 76182

**USPS TRACKING#**

9590 9403 0429 5163 4437 61



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Caleb G_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Caleb_ C. Date of Delivery DEC 01 2015 |
| 1. Article Addressed to:<br>Collin County District Clerk<br>Andrea Stroh Thompson<br>O Box 578, Tex 75070<br>mc Kinney | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9403 0429 5163 4437 61 | 3. Service Type ☐ Priority Mail Express®<br>☐ Adult Signature ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 0640 0002 5503 4723 | Restricted Delivery (over $500) |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Delivered
12-1-15

11-25-15

Rocky Wilson
#816373 · Boyd Unit
200 Spur 113
Seague, Sexas
75860

Collin County District Clerk,
Andrea Stroh Thompson
P.O. Box 578
McKinney, Sexas 75070

Dear: District Clerk,

It has come to my attention that you took "no action" and "filed" my writ for Habeas Corpus 11.07 and Memorandum mailed to you on Oct. 31, 2015. It is also my understanding that you did not transmit a copy of said Writ for Habeas Corpus or Memorandum to the Court of Criminal Appeals.

Said Writ was not an attack on my conviction in Cause # 199-80512-97. It was however aimed at the fact that the Sexas Board of Parole illegally extended my sentence beyond that set by the 199th Judicial District Court. The Court set my sentence at a term of 20 years, starting April 7, 1997, and expiring April

6, 2017. However, the Texas Parole Board has my date to expire on Jan. 16, 2019.

At this time, I respectfully request that you please transmit a copy of my Writ for Habeas Corpus 11.07 and Memorandum to the Court of Criminal Appeals.

Thank you for your time and assistance with this request.

Sincerely,

Rocky Wilson

Mailed this 27th day of November 2015.

11-15-15

Rocky Wilson
816373-Boyd
200 Spur 113
Teague, Texas 75860

Collin County District Clerk
P.O. Box 578
McKinney, Texas 75070

Dear: Clerk,

On Oct. 31, 2015, I sent you a Writ of Habeas Corpus 11.07, and Memorandum.

Can you please advise me as to the status of said Writ and Memorandum?

Thank you for you time and assistance with this matter.

Sincerely

Rocky Wilson

C.C.

 **COLLIN COUNTY**

ANDREA STROH THOMPSON
District Clerk
P.O. Box 578
McKinney, Texas 75070
(972) 548-4320
972-424-1460 Ext. 4320 (Metro)

November 20, 2015

Case Number: 199-80512-97

Mr. Rocky Wilson,

Please be advised that the Collin County District Clerk does not accept or reply to requests for information from incarcerated individuals per statute:

Sec. 552.028. REQUEST FOR INFORMATION FROM INCARCERATED INDIVIDUAL. (a) A governmental body is not required to accept or comply with a request for information from: (1) an individual who is imprisoned or confined in a correctional facility; or (2) an agent of that individual, other than that individual's attorney when the attorney is requesting information that is subject to disclosure under this chapter.

Your request is enclosed with this letter.



ANDREA STROH THOMPSON
COLLIN COUNTY DISTRICT CLERK

Signed: 11/20/2015 10:57:14 AM

By: _____

Tammy Martinez, Deputy